AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**J. PHILIP LAWROSKI,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  2:11-cv-1074**

**NATIONWIDE MUTUAL**      **JUDGE EDMUND A. SARGUS, JR.**
**INSURANCE COMPANY, et al.,**    **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed November 1, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 1, 2013          JOHN P. HEHMAN, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk